

# Fourth Court of Appeals
## San Antonio, Texas

December 17, 2025

No. 04-25-00025-CV

**IN THE COMMITMENT OF** Stephen Patrick **BLACK**

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-1805-CV
Honorable Gary L. Steel, Judge Presiding

## ORDER

In accordance with this court's opinion of this date, we **DISMISS** Stephen Patrick Black's appeal of the denial of his application for writ of habeas corpus for want of jurisdiction. We further consider Stephen Patrick Black's appeal as a petition for writ of mandamus and **DENY** his request for mandamus relief. *See* TEX. R. APP. P. 52.8(a).

We **ORDER** that no costs shall be assessed against Stephen Patrick Black because he is indigent.

It is so **ORDERED** on December 17, 2025.

_____
Lori Massey Brissette, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of December.

_____
Caitlin A. McCamish, Clerk of Court